RECEIVED

**Nature of Civil Complaint:** Contract

**Violations:** Breach of Contract

2018 MAY 31 PM 4:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

ED CV18-01195

On March 20th, 2016, we [Josh Brown and Mikel Frazier] entered into a contract with TC Digital Designs, more specifically Tony Carrillo our contact with the company, and the contract was to accomplish 4 things.

1. Concept Design and Application
2. Application Production
3. Product Testing
4. Launch of Application

TC Digital Designs [Tony Carrillo] is a software company upon which we [Josh Brown and Mikel Frazier] hired to develop an application herein known as TrakRoy, to be launched worldwide. The reason for this contract was to develop the application and to make it marketable. *Two* of the benchmark items were accomplished, but halfway through *product testing*, it was brought to the attention of Tony Carrillo that one aspect of the contract was not being fulfilled. This agreed upon aspect of the contract is vital to the functioning of the application. In spite of that, TC Digital Designs (and company) continued to work on the application.

Brown-Frazier 1

While nearing completion, that particular portion of the contract was still not fulfilled. As of January 17, 2017, and in accordance to contracted invoice intervals, TC Digital Designs has been paid a total of $36,500.00... approximately 92.3% of the overall fixed cost of $40,800.00. We [Josh Brown and Mikel Frazier] have yet to review or receive a viably functional product as all access to the application and files thereof has been revoked and denied.

Between October 22nd, 2016 and January 17th, 2017, we [Josh Brown and Mikel Frazier] have made several attempts to resolve this matter with Tony Carrillo [TC Digital Designs] to no avail. He has refused to comply to our attempts and efforts including a certified demand letter and summons to appear. Because of his refusal to comply, we are seeking *"Actual Damages"* in the amount of $36,500, plus court fees and travel costs as we {Josh Brown and Mikel Frazier] had to travel here on three separate occasions from Tampa, FL and Rochester, MN.  We are also seeking *punitive damages* as the application at the time was a novel and just innovation that was targeted to premier at national conventions in the Fall of 2016. We have since lost that novelty as others have released similar applications features.